UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JAMES WINSTON HONEYSUCKER, JR.
   (a/k/a "Ace")
   (a/k/a "Ace SoHood") and
WILNELL LAKEEY HENRY
   (a/k/a "Prince Nev")
   (a/k/a "P-Nev"),

                                  **INDICTMENT**

        Defendants.
_____/

The Grand Jury charges:

## COUNT 1
### Interference with Commerce by Robbery

On or about August 12, 2019, in ~~Ingham~~ Eaton [BJD 17 Dec 2019] County, in the Southern Division of the Western District of Michigan, the defendant,

JAMES WINSTON HONEYSUCKER, JR.
(a/k/a "Ace")
(a/k/a "Ace SoHood"),

unlawfully obstructed, delayed, and affected commerce and the movement of any article or commodity in commerce, by robbery, in that he unlawfully took and obtained money from and in the presence of an employee, against the employee's will, by means of actual and threatened force, violence, and fear of injury.

Specifically, defendant took approximately $4,400.00 from the presence of an employee of Advance America in Lansing, Michigan, against the employee's will by

means of threatened force, violence and fear of injury, that is: robbery of the business while brandishing a semi-automatic pistol.

18 U.S.C. § 1951(a)

# COUNT 2
## Interference with Commerce by Robbery

On or about October 22, 2019, in Calhoun County, in the Southern Division of the Western District of Michigan, the defendants,

JAMES WINSTON HONEYSUCKER, JR.
(a/k/a "Ace")
(a/k/a "Ace SoHood") and
WILNELL LAKEEY HENRY
(a/k/a "Prince Nev")
(a/k/a "P-Nev"),

unlawfully obstructed, delayed, and affected and aided and abetted the obstruction, delay, and affecting of commerce and the movement of any article or commodity in commerce, by robbery, in that they unlawfully took and obtained money from and in the presence of one or more people, against their will, by means of actual and threatened force, violence, and fear of injury.

Specifically, defendants took approximately $30,000.00 from the presence of employees of the Check 'n Go in Battle Creek, Michigan, against the employees' will by means of threatened force, violence and fear of injury, that is: robbery of the business while brandishing a semi-automatic pistol.

18 U.S.C. § 1951(a)
18 U.S.C. § 2

# COUNT 3
(Possession and Brandishing of a Firearm
In Furtherance of a Crime of Violence)

On or about October 22, 2019, in Calhoun County, in the Southern Division of the Western District of Michigan, the defendants,

JAMES WINSTON HONEYSUCKER, JR.
(a/k/a "Ace")
(a/k/a "Ace SoHood") and
WILNELL LAKEEY HENRY
(a/k/a "Prince Nev")
(a/k/a "P-Nev"),

knowingly possessed and brandished, and aided and abetted the possessing and brandishing of, a semi-automatic pistol in furtherance of a crime of violence for which the defendants may be prosecuted in a court of the United States, that is, a violation of 18 U.S.C. § 1951(a), namely, interference with commerce by robbery of the Check 'n Go in Battle Creek, Michigan (as charged in Count 2 and incorporated herein).

18 U.S.C. § 924(c)(1)(A)(ii)
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The allegations contained in Count 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 924(c), set forth in Count 3 of this Indictment, the defendants,

>JAMES WINSTON HONEYSUCKER, JR.
>(a/k/a "Ace")
>(a/k/a "Ace SoHood") and
>WINELL LAKEEY HENRY
>(a/k/a "Prince Nev")
>(a/k/a "P-Nev"),

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to:

1) a Hi Point 9mm semi-automatic pistol (serial number P1233274), and
2) five rounds of 9mm ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
PATRICK J. CASTLE
DANIEL Y. MEKARU
Assistant United States Attorneys