UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

U̲N̲I̲T̲E̲D̲ S̲T̲A̲T̲E̲S̲ O̲F̲ A̲M̲E̲R̲I̲C̲A̲,

    Plaintiff,

v.

J̲A̲M̲E̲S̲ W̲I̲N̲S̲T̲O̲N̲
H̲O̲N̲E̲Y̲S̲U̲C̲K̲E̲R̲, J̲R̲,

    Defendant.

_____/

Hon. Robert J. Jonker

Case No. 1:19-cr-00292

## **ORDER OF DETENTION**

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged in a seven-count Indictment. Counts 1, 2, 4, and 6 charge him with interference with commerce by robbery, in violation of 18 U.S.C.§§ 1951(a) and 2; and counts 3, 5, and 7 charge him with possession and brandishing of a firearm in furtherance of a crime of violence in violation of 18 U.S.C. § 924 (c)(1)(A)(ii). Given the nature of the charges, there is a statutory rebuttable presumption in favor of detention.

The government sought defendant's detention on the basis the he is a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on February 12, 2020, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral

submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that defendant has rebutted the presumption of detention regarding risk of non-appearance, but not as to danger to the community. Moreover, the Court finds, as explained on the record, that the government has sustained its burden by clear and convincing evidence that he is a danger to the community, and that there is no condition or combination of conditions of release that will ensure the safety of the community. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on February 12, 2020.

Date February 12, 2020                             /s/ Phillip J. Green
                                                   PHILLIP J. GREEN
                                                   United States Magistrate Judge